# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CHARLES A. ELCAN, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 3:19-cv-01146 |
| FP ASSOCIATES LTD., | ) Judge Aleta A. Trauger |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendant's Motion to Dismiss for Lack of Personal Jurisdiction and for Failure to State a Claim for Which Relief May Be Granted (Doc. No. 10) filed by defendant FP Associates Ltd. is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction over the defendant. This is the final Order in this case, from which judgment may enter. Fed. R. Civ. P. 58(b).

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge